Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **May International, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Mitco Global** <br> **DBA  Mitco Ltd** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **91-1402811** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**2302 B Street NW, Suite 101**
**Auburn, WA 98001-1000**
Number, Street, City, State & ZIP Code

**King**
County

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.mitcoglobal.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Case 25-12615-TWD    Doc 1    Filed 09/18/25    Ent. 09/18/25 17:31:45    Pg. 1 of 57

**7.** **Describe debtor's business**　　A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　4885

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**　　*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**■  Statistical and administrative information**

**13.  Debtor's estimation of available funds**     .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.  Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000　　　☐ $10,000,001 - $50  million　　　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　　☐ $50,000,001 - $100 million　　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　　☐ $100,000,001 - $500 million　　　☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**September 18, 2025**__
MM / DD / YYYY

**X** __/s/ Kevin May__            **Kevin May**
Signature of authorized representative of debtor      Printed name

Title    __**CEO**__

**18. Signature of attorney**

**X** __/s/ Steven M. Palmer__      Date __**September 18, 2025**__
Signature of attorney for debtor      MM / DD / YYYY

**Steven M. Palmer 48823**
Printed name

**Cairncross & Hempelmann, P.S.**
Firm name

**524 Second Avenue**
**Suite 500**
**Seattle, WA 98104**
Number, Street, City, State & ZIP Code

Contact phone   **206-587-0700**      Email address   **spalmer@cairncross.com**

**48823 WA**
Bar number and State

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 18, 2025**     X **/s/ Kevin May**
Signature of individual signing on behalf of debtor

**Kevin May**
Printed name

**CEO**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **May International, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **USPP Valley Centre Corporate PO Box 734754 Property: 017411 Chicago, IL 60673-4754** | | **Rent** | | | | **$710,275.45** |
| **Seamount Transport 2302 B Street NW #101 Auburn, WA 98001** | | | | | | **$262,880.36** |
| **Celtic International 62538 Collections Center Dr Chicago, IL 60693** | | | | | | **$211,106.77** |
| **Flexi-Van Leasing 8377 E Hartford Dr, Ste 205 Scottsdale, AZ 85260** | | | | | | **$163,713.65** |
| **Torpedo Expedited Inc PO Box 4896 Buffalo Grove, IL 60089** | | | | | | **$101,300.00** |
| **Washington Federal 9929 Evergreen Way Everett, WA 98204-3831** | | **Blanket lien on Company assets including receivables.** | | **$100,000.00** | **$0.00** | **$100,000.00** |
| **OW Logistics USA, LLC 2300 Lakeview Pkwy, Ste 700 Alpharetta, GA 30009** | | | | | | **$77,485.00** |
| **JB Hunt Transport, Inc. PO Box 98545 Chicago, IL 60693** | | | | | | **$65,082.99** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lewis Brisbois Bisgaard & Smit 633 W 5th St, Ste 4000 Los Angeles, CA 90071** | | | | | | $46,973.80 |
| **NTS PO Box 1226 Kent, WA 98035** | | | | | | $39,962.60 |
| **A-1 Pallets, Inc. PO Box 5609 Kent, WA 98064** | | | | | | $30,856.42 |
| **Pacific Office Automation 14747 NW Greenbrier Pkwy Beaverton, OR 97006** | | | | $29,684.45 | $0.00 | $29,684.45 |
| **Express Services, Inc. PO Box 844277 Los Angeles, CA 90084** | | | | | | $29,167.25 |
| **Swift Transportation PO Box 643985 Pittsburgh, PA 15264** | | | | | | $28,777.00 |
| **Cigna Healthcare c/o Wells Fargo Bank Dept 59 Denver, CO 80291** | | | | | | $21,340.50 |
| **Amercareroyal, LLC 420 Clover Mill Rd Exton, PA 19341** | | | | | | $20,560.74 |
| **NorthWest Handling Systems Inc PO Box 749861 Los Angeles, CA 90074-9861** | | | | | | $19,817.12 |
| **Overland Transport Inc 518 N Sugar St Nampa, ID 83657** | | | | | | $15,400.00 |
| **Supra National Express Inc PO Box 541028 Los Angeles, CA 90054-1028** | | | | | | $13,433.10 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **City of Auburn Finance Dept 25 W Main St Auburn, WA 98001** | | **Government** | | | | **$13,316.00** |

Fill in this information to identify the case:

Debtor name **May International, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..............................................................    $     0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................    $     1,761,895.11

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................    $     1,761,895.11

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     138,518.65

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $     23,064.71

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$     2,061,832.18

4.  **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b      $     2,223,415.54

**Fill in this information to identify the case:**

Debtor name    **May International, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$200.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | **6442** | **$151.46** |
| 3.2. | **Washington Federal (Mitco Operating Account)** | **Checking** | **4637** | **$103,636.57** |
| 3.3. | **Washington Federal (Payroll Account)** | **Checking** | **1067** | **$101,883.04** |
| 3.4. | **Washington Federal (ZBA Sweep Account)** | **Checking** | **4645** | **$35,571.35** |

4.    **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Undeposited Checks** | **$418.80** |

| Debtor | **May International, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | <small>Name</small> | |

**5.** **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$241,861.22

---

**Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. **Certificate of Deposit at Bank of America for Auburn lease**  $73,655.24

7.2. **Pricipal Life Insurance - additional deposit on Auburn lease**  $36,668.00

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1. **See schedule of prepaid expenses**  $45,441.32

8.2. **See schedule of prepaid insurance**  $62,692.73

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$218,457.29

---

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less:      741,099.44      -      0.00      = ....      $741,099.44
                                    <small>face amount</small>                <small>doubtful or uncollectible accounts</small>

11b. Over 90 days old:      149,176.12      -      0.00      = ....      $149,176.12
                                    <small>face amount</small>                <small>doubtful or uncollectible accounts</small>

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$890,275.56

---

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** Pallets | 7/3/25 | $10,673.24 | FIFO | $10,673.24 |

**23. Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$10,673.24

**24. Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** Office furniture | $122.89 | SL - 7 years | $122.89 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |

| **Computers (stopped capitalizing in 2021)** | $923.75 | SL - 5 years | $923.75 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.

     | $1,046.64 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- | --- |

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**

**Warehouse Equipment:**
**Dock plates ($3,848 less $3,848 depreciation =**
**$0)**
**WHSE Equipment ($8,287 less $8,287**
**depreciation = $0)**
**Nissan #9P1710 Forklift ($23,829 less $23,829**
**depreciation = $0)**
**WHSE Equipment ($33,993 less $33,993**
**depreciation = $0)**
**2 Carton Clamps ($19,542 less $19,542**
**depreciation = $0)**
**Office Equipment ($6,598 less $6,598**
**depreciation = $0)**
**Machinery & Equipment ($16,083 less $16,083**
**depreciation = $0)**
**Machinery & Equipment ($4,558 less $4,558**
**depreciation = $0)**
**Machinery & Equipment ($765 less $765**
**depreciation = $0)**
**Gravity Roller ($2,190 less $2,190 depreciation**
**= $0)**
**Factory Cal Whse Fl Scrubber ($2,123 less**
**$2,123 depreciation = $0)**
**1 Cascade Carpet Pole ($951 less $951**
**depreciation = $0)**
**WHSE Equipment ($23,038 less $23,038**
**depreciation = $0)**
**Pallet Jack ($392 less $392 depreciation = $0)**      **$0.00**    **SL-3, 5, 7 years**              **$0.00**

---

**Warehouse Equipment:**
**Forks for Forklift ($1,336 less $1,336**
**depreciation = $0)**
**WHSE Equipment ($360 less $360 depeciation**
**= $0)**
**Security Camera & Recorder ($3,760.38 less**
**$3,760.38 depreciation = $0)**
**Used Crown BB / Charger ($2,000 less $2,000**
**depreciation = $0)**
**Wulftec WRTA-150 Stretch Wrap Machine**
**($29,853.20 less $26,867.70 depeciation =**
**$2,985.50)**
**48x27" Pallet Jack ($2,291.30 less $2,100.45 =**
**$190.85)**
**Forklift 8FGCU25 S/N 01295 / Carton Clamp**
**R365D-CCS-35Q S/N 1858147-T5 Raymond**
**Lease 354707 ($31,933.72 less $23,950.35**
**depreciation = $7,983.37)**
**Shorr Packaing Corp Stretch Wrapper 7019320**
**S/N QX051508 ($15,950.01 less $10,633.40**
**depreciation = $5,316.57)**
**Powered Conveyor S/N 681828-1 ($59,008.95**
**less $18,030.54 depreciation = $40,978.41)**      **$57,454.70**    **SL-3, 5, 7 years**        **$57,454.70**

---

51.  **Total of Part 8.**                                                    **$57,454.70**

     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

        ■ No.  Go to Part 10.
        ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

        ☐ No.  Go to Part 11.
        ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** www.mitcoglobal.com | **$0.00** | | **$0.00** |

62.     **Licenses, franchises, and royalties**

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**                                                              | **$0.00** |
        Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ■ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

        ☐ No.  Go to Part 12.
        ■ Yes Fill in the information below.

Current value of debtor's interest

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit
      has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of
      every nature, including counterclaims of the debtor and rights to
      set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

      **Deferred Revenue**                                                    $342,126.46

      _____

      **Prepaid Demurrage**                                                        $0.00

      _____

78.   **Total of Part 11.**                                              | $342,126.46 |

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $241,861.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $218,457.29 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $890,275.56 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,673.24 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,046.64 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $57,454.70 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $342,126.46 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,761,895.11 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,761,895.11 |

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

---

**2.1   Pacific Office Automation**
Creditor's Name

**14747 NW Greenbrier Pkwy
Beaverton, OR 97006**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**      **$29,684.45**      **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2   Raymond Leasing Corporation**
Creditor's Name

**PO Box 301590
Dallas, TX 75303-1590**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**      **$8,834.20**      **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Washington Federal** | Describe debtor's property that is subject to a lien | $100,000.00 | $0.00 |

Creditor's Name

**Blanket lien on Company assets including receivables.**

**9929 Evergreen Way**
**Everett, WA 98204-3831**

Creditor's mailing address

Describe the lien

_____

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$138,518.65**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Washington Federal**<br>**6720 N Scottsdale Rd #111**<br>**Scottsdale, AZ 85253** | Line **2.3** | |

Debtor name    **May International, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**City of Auburn**<br>**Finance Dept**<br>**25 W Main St**<br>**Auburn, WA 98001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,316.00** | **$0.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Government** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Department of Revenue**<br>**Treasury Management**<br>**PO Box 47464**<br>**Olympia, WA 98504-7464** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,189.58** | **$1,189.58** |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Case 25-12615-TWD    Doc 1    Filed 09/18/25    Ent. 09/18/25 17:31:45    Pg. 21 of 57

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,559.13 | $8,559.13 |

**2.3** Priority creditor's name and mailing address

**Los Angeles County Tax Collect**
**PO Box 54027**
**Los Angeles, CA 90054-0027**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$8,559.13    $8,559.13

Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**3PL Central LLC**
**100 N Pacific Coast Hwy**
**Suite 1100**
**El Segundo, CA 90245**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Software__

Is the claim subject to offset? ■ No ☐ Yes

**$4,946.96**

---

**3.2** Nonpriority creditor's name and mailing address

**A&S Transport LLC**
**3432 S 166th St**
**SeaTac, WA 98188**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$5,549.78**

---

**3.3** Nonpriority creditor's name and mailing address

**A-1 Pallets, Inc.**
**PO Box 5609**
**Kent, WA 98064**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30,856.42**

---

**3.4** Nonpriority creditor's name and mailing address

**A.J. Kirkwood & Associates**
**4300 N Harbor Blvd**
**Fullerton, CA 92835**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,182.50**

---

**3.5** Nonpriority creditor's name and mailing address

**Abel's Transport LLC**
**1855 W Main St**
**El Centro, CA 92243**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,672.74**

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,420.00 |
|---|---|---|---|

**Adelpha Technologies Inc.**
**2100 Bloor St W**
**Suite 6164**
**Toronto, ON**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,560.74 |
|---|---|---|---|

**Amercareroyal, LLC**
**420 Clover Mill Rd**
**Exton, PA 19341**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,035.19 |
|---|---|---|---|

**Associated Petroleum Products**
**2320 Milwaukee Way**
**Tacoma, WA 98421**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**Avtar Trucking LLC**
**1616 Harrington Ave SE**
**Renton, WA 98058**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.64 |
|---|---|---|---|

**AWSI-DISA Tustin**
**17592 17th St #300**
**Tustin, CA 92780**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,650.00 |
|---|---|---|---|

**BeachFleischman**
**2201 E Camelback Rd, Ste 200**
**Phoenix, AZ 85016-3431**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|---|---|---|---|

**Best Coast Transport LLC**
**PO Box 11099**
**Olympia, WA 98508-1099**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **May International, Inc.**
_____
Name

Case number (if known) _____

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,780.23** |
|---|---|---|---|

**Canon Financial Services, Inc.**
**14904 Collections Center Dr**
**Chicago, IL 60693-0149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$211,106.77** |
|---|---|---|---|

**Celtic International**
**62538 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,137.50** |
|---|---|---|---|

**Charles Schwab & Co, Inc.**
**PO Box 982600**
**El Paso, TX 79998-2600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Payroll__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,340.50** |
|---|---|---|---|

**Cigna Healthcare**
**c/o Wells Fargo Bank**
**Dept 59**
**Denver, CO 80291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,300.99** |
|---|---|---|---|

**Cintas**
**PO Box 631025**
**Cincinnati, OH 45263-1025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$964.10** |
|---|---|---|---|

**City Wide Facility Solutions**
**20415 72nd Ave S #410**
**Kent, WA 98032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Cobra Inc**
**231 S Frontage Rd, Ste 14**
**Burr Ridge, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $835.48 |
|---|---|---|---|
| | CorTech LLC<br>PO Box 51697<br>Los Angeles, CA 90051-5997 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.61 |
|---|---|---|---|
| | Crystal Springs<br>PO Box 660579<br>Dallas, TX 75266-0579 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Daylana Vegas Maroto<br>c/o MJB Law Group, APC<br>1442 Irvine Blvd, Ste 201<br>Tustin, CA 92780 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Lawsuit | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,150.00 |
|---|---|---|---|
| | Dhuri Transport LLC<br>8005 147th St E<br>Puyallup, WA 98375 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,691.85 |
|---|---|---|---|
| | Direct Chassislink Inc<br>3525 Whitehall Park Dr<br>Charlotte, NC 28273 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.22 |
|---|---|---|---|
| | DISA Global Solutions<br>11740 Katy Fwy, Ste 900<br>Houston, TX 77079 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,578.58 |
|---|---|---|---|
| | Done Right Trucking Inc<br>PO Box 1231<br>Hamilton, MT 59840 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**efinitytech**
**14815 Chain Lake Rd, Ste D**
**Monroe, WA 98272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,320.00 |
|---|---|---|---|

**Emerald Express LLC**
**15200 SE 326th St**
**Auburn, WA 98092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.60 |
|---|---|---|---|

**Employee Network, Inc.**
**4819 Emperor Blvd**
**Bristol Place - Suite 310**
**Durham, NC 27703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Endeavor Trucking**
**23601 S Wilmington Ave**
**Carson, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $358.09 |
|---|---|---|---|

**Evergreen Refrigeration LLC**
**727 South Kenyon**
**Seattle, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,167.25 |
|---|---|---|---|

**Express Services, Inc.**
**PO Box 844277**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.47 |
|---|---|---|---|

**FedEx - Ground**
**PO Box 7221**
**Pasadena, CA 91109-7321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,935.77 |

**Ferrellgas**
**PO Box 173940**
**Denver, CO 80217-3940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.82 |

**FirstChoice**
**14233 NE 200th St**
**Woodinville, WA 98072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163,713.65 |

**Flexi-Van Leasing**
**8377 E Hartford Dr, Ste 205**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |

**FlexiMovers Inc**
**6305 Ulali Dr NE**
**Salem, OR 97303-1697**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,583.96 |

**Forward Air, Inc.**
**PO Box 888155**
**Knoxville, TN 37995**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,812.02 |

**Glenn Freeborn**
**22550 SE 313th Pl**
**Black Diamond, WA 98010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |

**Glory Transportation Inc**
**2723 43rd St SE**
**Puyallup, WA 98374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 7 of 18

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $850.00 |
|---|---|---|---|

**Guardian Door & Dock Inc.**
508 W 155th St
Gardena, CA 90248

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.22 |
|---|---|---|---|

**Guardian Security Systems, Inc**
1743 1st Ave S
Seattle, WA 98134

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**HK Trucking**
31579 115th Ave SE
Auburn, WA 98092-5313

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $391.50 |
|---|---|---|---|

**Honey Bucket**
PO Box 73399
Puyallup, WA 98373

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,082.99 |
|---|---|---|---|

**JB Hunt Transport, Inc.**
PO Box 98545
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,500.00 |
|---|---|---|---|

**JRD Transportation Inc**
PO Box 840267
Dallas, TX 75284

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Kanwar Freight LLC**
13314 SE 255th St
Kent, WA 98042

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

**KGN Transport LLC**
720 Seneca St, Ste 107
#1117
Seattle, WA 98101

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** |
|---|---|---|---|

**Knight Transportation Inc.**
PO Box 29897
Phoenix, AZ 85038

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Kohli Express LLC**
32115 105th Pl SE #M301
Auburn, WA 98092

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,085.00** |
|---|---|---|---|

**Kulway Transport LLC**
PO Box 840267
Dallas, TX 75284-0267

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Lavi & Ebrahimian**
8889 W Olympic Blvd #200
Beverly Hills, CA 90211

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.17** |
|---|---|---|---|

**Leaf**
PO Box 5066
Hartford, CT 06102-5066

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,375.18** |
|---|---|---|---|

**Leavitt Machinery USA Inc.**
PO Box 24782
Seattle, WA 98124

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,973.80** |
|---|---|---|---|

**Lewis Brisbois Bisgaard & Smit**
**633 W 5th St, Ste 4000**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.50** |
|---|---|---|---|

**Lively Inc.**
**77 Geary St, 5th Floor**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$686.21** |
|---|---|---|---|

**Lumen**
**Business Services**
**PO Box 52187**
**Phoenix, AZ 85072-2187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$540.00** |
|---|---|---|---|

**Machinery Services**
**17618 SE 301st**
**Kent, WA 98042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maria Michel**
**c/o Abramson Labor Group**
**1700 W Burbank Blvd**
**Burbank, CA 91506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,072.94** |
|---|---|---|---|

**Marten Transport Services Ltd**
**SDS 12-1733**
**PO Box 86**
**Minneapolis, MN 55486-1733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00** |
|---|---|---|---|

**Maxmove Inc**
**430 Palm Dr, Apt 1**
**Glendale, CA 91202-3213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $891.32 |
|---|---|---|---|

**McKinney Trailer Rentals**
PO Box 515574
Los Angeles, CA 90051-5874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MTS Trucking Services LLC**
5 W 37th St, Ste 300
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,817.12 |
|---|---|---|---|

**NorthWest Handling Systems Inc**
PO Box 749861
Los Angeles, CA 90074-9861

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Northwest Premier Delivery LLC**
6421 S 216th St
Kent, WA 98032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,962.60 |
|---|---|---|---|

**NTS**
PO Box 1226
Kent, WA 98035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,400.00 |
|---|---|---|---|

**Overland Transport Inc**
518 N Sugar St
Nampa, ID 83657

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,485.00 |
|---|---|---|---|

**OW Logistics USA, LLC**
2300 Lakeview Pkwy, Ste 700
Alpharetta, GA 30009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,980.69 |
|---|---|---|---|

**Pacific Office Lease**
PO Box 825736
Philadelphia, PA 19182-5736

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,233.26 |
|---|---|---|---|

**Personalized Staffing Solution**
15134 Paramount Blvd
Paramount, CA 90723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PHMG**
**North American Headquarters**
401 N Michigan Ave, Ste 2250
Chicago, IL 60611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $468.41 |
|---|---|---|---|

**Power Fleet**
123 Tice Blvd, Ste 101
Woodcliff Lake, NJ 07677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $860.34 |
|---|---|---|---|

**Puget Sound Door & Gate Inc**
22011 SE 269th Pl
Maple Valley, WA 98038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,680.69 |
|---|---|---|---|

**Puget Sound Energy**
BOT-01H
POB 91269
Bellevue, WA 98009-9269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,372.71 |
|---|---|---|---|

**Raymond Handling Concepts Corp**
PO Box 7678
San Francisco, CA 94120-7678

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $884.02 |

**Raymond Handling Solutions**
9939 Norwalk Blvd
Santa Fe Springs, CA 90670

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.20 |

**RAZR Logistics LLC**
7009 S Jordan Rd
Centennial, CO 80112

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,047.03 |

**Roadrunner**
PO Box 74857
Chicago, IL 60694

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**Sampson LLC**
Todd Sampson
26227 116th Ave SE
Kent, WA 98030

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262,880.36 |

**Seamount Transport**
2302 B Street NW #101
Auburn, WA 98001

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $635.00 |

**Smith Fire Systems Management**
1106 54th Ave E
Tacoma, WA 98424

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,375.00 |

**Smith Trucking**
1451 Joosten Rd
Worthington, MN 56187

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|
| | **SNA Transportation Inc**<br>**PO Box 961029**<br>**Fort Worth, TX 76161-1029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,465.72** |
|---|---|---|---|
| | **Snider Petroleum**<br>**PO Box 368**<br>**Sumner, WA 98390** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|
| | **Speedy Transportation LLC**<br>**5110 S 300th Pl**<br>**Auburn, WA 98001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$437.43** |
|---|---|---|---|
| | **Sprague**<br>**PO Box 35129**<br>**Seattle, WA 98124-5129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|
| | **SSWIT56 Logistics**<br>**20933 39th Way S**<br>**Apt E401**<br>**Seattle, WA 98198** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |
|---|---|---|---|
| | **STI Transfer Inc**<br>**21814 76th Ave S**<br>**Kent, WA 98032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,600.00** |
|---|---|---|---|
| | **Sunrise Express Inc**<br>**PO Box 1282**<br>**Grand Island, NE 68802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,433.10 |
|---|---|---|---|

**Supra National Express Inc**
PO Box 541028
Los Angeles, CA 90054-1028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,777.00 |
|---|---|---|---|

**Swift Transportation**
PO Box 643985
Pittsburgh, PA 15264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,600.00 |
|---|---|---|---|

**T Bros Trucking**
PO Box 89405
Sioux Falls, SD 57109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,700.00 |
|---|---|---|---|

**The Db7 Company LLC**
105 Cupped Oak Dr, Ste 100
Matthews, NC 28104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101,300.00 |
|---|---|---|---|

**Torpedo Expedited Inc**
PO Box 4896
Buffalo Grove, IL 60089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

**U.S. Traffic Service**
#195
23905 Clinton Keith Rd
Suite 114
Wildomar, CA 92595

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $859.02 |
|---|---|---|---|

**ULINE**
PO Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $667.72 |

**3.97**

**Nonpriority creditor's name and mailing address**

**UniFirst Corporation**
**PO Box 650481**
**Dallas, TX 75265-0481**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$667.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98**

**Nonpriority creditor's name and mailing address**

**United Concrete**
**420 W Lambert Rd, Ste H**
**Brea, CA 92821**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$2,100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.99**

**Nonpriority creditor's name and mailing address**

**UPS**
**PO Box 809488**
**Chicago, IL 60680-9488**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$21.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100**

**Nonpriority creditor's name and mailing address**

**US Bank Equip Finance**
**PO Box 790448**
**Saint Louis, MO 63179-0448**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$9,348.41**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101**

**Nonpriority creditor's name and mailing address**

**USI Insurance Services NW**
**PO Box 62949**
**Virginia Beach, VA 23466**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$8,449.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102**

**Nonpriority creditor's name and mailing address**

**USPP Valley Centre Corporate**
**PO Box 734754**
**Property: 017411**
**Chicago, IL 60673-4754**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$710,275.45**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Rent_

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.103**

**Nonpriority creditor's name and mailing address**

**Veritiv Landsberg**
**PO Box 101144**
**Pasadena, CA 91189-1144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$11,541.79**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **May International, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.58** |
|---|---|---|---|

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,342.88** |
|---|---|---|---|

**Waste Management**
**RST Disposal**
**PO Box 541065**
**Los Angeles, CA 90054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Westbury Bank**
**N16 W23250 Stone Ridge Drive**
**STE 5**
**Waukesha, WI 53188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Notice only, Debtor believes that no money is owed._

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,440.59** |
|---|---|---|---|

**Western Truck Center Peterbilt**
**PO Box 35144**
**#1022**
**Seattle, WA 98124-5144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Wynnway Inc**
**1626 Orange Tree Ln**
**La Canada Flintridge, CA 91011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Extensiv**<br>**75 W Towne Ridge Pkwy**<br>**Sandy, UT 84070** | Line _3.1_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Tina M Jacquez, Esq**<br>**Soltman & Wattles LLP**<br>**90 E Thousand Oaks Blvd**<br>**Suite 300**<br>**Thousand Oaks, CA 91360** | Line _3.20_<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **May International, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **World Fuel Services**<br>**c/o World Kinect Corp**<br>**9800 NW 41st St, Ste 400**<br>**Miami, FL 33178** | Line __3.8__<br><br>☐ Not listed. Explain ____ | _ |

---

<div style="background:black;color:white">**Part 4:**</div> **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 23,064.71 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,061,832.18 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,084,896.89 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease for security cameras** | |
| | State the term remaining | | **Pacific Office Lease**<br>**PO Box 825736**<br>**Philadelphia, PA 19182-5736** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Audio Branding** | |
| | State the term remaining | | **PHMG**<br>**North American Headquarters**<br>**401 N Michigan Ave**<br>**Chicago, IL 60611** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement** | |
| | State the term remaining | | **Raymond Leasing Corporation**<br>**PO Box 301590**<br>**Dallas, TX 75303-1590** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease Agreement** | |
| | State the term remaining | | **USPP Valley Centre Corporate**<br>**PO Box 734754**<br>**Property: 017411**<br>**Chicago, IL 60673-4754** |
| | List the contract number of any government contract | | |

Case 25-12615-TWD    Doc 1    Filed 09/18/25    Ent. 09/18/25 17:31:45    Pg. 39 of 57

Fill in this information to identify the case:

Debtor name **May International, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Kevin May** | **13811 N. Sunset Dr.**<br>**Fountain Hills, AZ 85268**<br>**CoDebtor guaranteed WaFd bank loan.** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

# United States Bankruptcy Court
## Western District of Washington

In re   **May International, Inc.**     Case No. _____

                           Debtor(s)     Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**

       For legal services, I have agreed to accept _____    $ _____

       Prior to the filing of this statement I have received _____    $ _____

       Balance Due _____    $ _____

   ■ **RETAINER**

       For legal services, I have agreed to accept and received a retainer of _____    $    **25,000.00**

       The undersigned shall bill against the retainer at an hourly rate of _____    $    **575.00**
       [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
       fees and expenses exceeding the amount of the retainer.

2. $   **1,738.00**   of the filing fee has been paid.

3. The source of the compensation paid to me was:

       ☐ Debtor    ■ Other (specify):    **$18,130 was earned and paid prefiling from Cairncross' Trust account. That minus the filing fee leaves $5,132.00 in trust.**

4. The source of compensation to be paid to me is:

       ■ Debtor    ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

       ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

In re   **May International, Inc.**              Case No. _____
                    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September 18, 2025** | **/s/ Steven M. Palmer** |
| *Date* | **Steven M. Palmer 48823** |
| | *Signature of Attorney* |
| | **Cairncross & Hempelmann, P.S.** |
| | **524 Second Avenue** |
| | **Suite 500** |
| | **Seattle, WA 98104** |
| | **206-587-0700  Fax: 206-587-2308** |
| | **spalmer@cairncross.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Western District of Washington

In re    **May International, Inc.**        Case No.
                        Debtor(s)       Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Karen May**<br>**13811 N Sunset Dr**<br>**Fountain Hills, AZ 85268** | | **50%** | |
| **Kevin May**<br>**13811 N Sunset Dr**<br>**Fountain Hills, AZ 85268** | | **50%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **September 18, 2025**           Signature   **/s/ Kevin May**
                                               **Kevin May**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Washington

In re   **May International, Inc.**        Case No.

                                      Debtor(s)        Chapter      **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:      **September 18, 2025**                **/s/ Kevin May**

                                                        **Kevin May**/**CEO**

                                                        Signer/Title

3PL CENTRAL LLC
100 N PACIFIC COAST HWY
SUITE 1100
EL SEGUNDO, CA 90245


A&S TRANSPORT LLC
3432 S 166TH ST
SEATAC, WA 98188


A-1 PALLETS, INC.
PO BOX 5609
KENT, WA 98064


A.J. KIRKWOOD & ASSOCIATES
4300 N HARBOR BLVD
FULLERTON, CA 92835


ABEL'S TRANSPORT LLC
1855 W MAIN ST
EL CENTRO, CA 92243


ADELPHA TECHNOLOGIES INC.
2100 BLOOR ST W
SUITE 6164
TORONTO, ON


AMERCAREROYAL, LLC
420 CLOVER MILL RD
EXTON, PA 19341


ASSOCIATED PETROLEUM PRODUCTS
2320 MILWAUKEE WAY
TACOMA, WA 98421


AVTAR TRUCKING LLC
1616 HARRINGTON AVE SE
RENTON, WA 98058


AWSI-DISA TUSTIN
17592 17TH ST #300
TUSTIN, CA 92780


BEACHFLEISCHMAN
2201 E CAMELBACK RD, STE 200
PHOENIX, AZ 85016-3431

BEST COAST TRANSPORT LLC
PO BOX 11099
OLYMPIA, WA 98508-1099


CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0149


CELTIC INTERNATIONAL
62538 COLLECTIONS CENTER DR
CHICAGO, IL 60693


CHARLES SCHWAB & CO, INC.
PO BOX 982600
EL PASO, TX 79998-2600


CIGNA HEALTHCARE
C/O WELLS FARGO BANK
DEPT 59
DENVER, CO 80291


CINTAS
PO BOX 631025
CINCINNATI, OH 45263-1025


CITY OF AUBURN
FINANCE DEPT
25 W MAIN ST
AUBURN, WA 98001


CITY WIDE FACILITY SOLUTIONS
20415 72ND AVE S #410
KENT, WA 98032


COBRA INC
231 S FRONTAGE RD, STE 14
BURR RIDGE, IL 60527


CORTECH LLC
PO BOX 51697
LOS ANGELES, CA 90051-5997


CRYSTAL SPRINGS
PO BOX 660579
DALLAS, TX 75266-0579

DAYLANA VEGAS MAROTO
C/O MJB LAW GROUP, APC
1442 IRVINE BLVD, STE 201
TUSTIN, CA 92780


DEPARTMENT OF REVENUE
TREASURY MANAGEMENT
PO BOX 47464
OLYMPIA, WA 98504-7464


DHURI TRANSPORT LLC
8005 147TH ST E
PUYALLUP, WA 98375


DIRECT CHASSISLINK INC
3525 WHITEHALL PARK DR
CHARLOTTE, NC 28273


DISA GLOBAL SOLUTIONS
11740 KATY FWY, STE 900
HOUSTON, TX 77079


DONE RIGHT TRUCKING INC
PO BOX 1231
HAMILTON, MT 59840


EFINITYTECH
14815 CHAIN LAKE RD, STE D
MONROE, WA 98272


EMERALD EXPRESS LLC
15200 SE 326TH ST
AUBURN, WA 98092


EMPLOYEE NETWORK, INC.
4819 EMPEROR BLVD
BRISTOL PLACE - SUITE 310
DURHAM, NC 27703


ENDEAVOR TRUCKING
23601 S WILMINGTON AVE
CARSON, CA 90745

EVERGREEN REFRIGERATION LLC
727 SOUTH KENYON
SEATTLE, WA 98108


EXPRESS SERVICES, INC.
PO BOX 844277
LOS ANGELES, CA 90084


EXTENSIV
75 W TOWNE RIDGE PKWY
SANDY, UT 84070


FEDEX - GROUND
PO BOX 7221
PASADENA, CA 91109-7321


FERRELLGAS
PO BOX 173940
DENVER, CO 80217-3940


FIRSTCHOICE
14233 NE 200TH ST
WOODINVILLE, WA 98072


FLEXI-VAN LEASING
8377 E HARTFORD DR, STE 205
SCOTTSDALE, AZ 85260


FLEXIMOVERS INC
6305 ULALI DR NE
SALEM, OR 97303-1697


FORWARD AIR, INC.
PO BOX 888155
KNOXVILLE, TN 37995


GLENN FREEBORN
22550 SE 313TH PL
BLACK DIAMOND, WA 98010


GLORY TRANSPORTATION INC
2723 43RD ST SE
PUYALLUP, WA 98374

GUARDIAN DOOR & DOCK INC.
508 W 155TH ST
GARDENA, CA 90248


GUARDIAN SECURITY SYSTEMS, INC
1743 1ST AVE S
SEATTLE, WA 98134


HK TRUCKING
31579 115TH AVE SE
AUBURN, WA 98092-5313


HONEY BUCKET
PO BOX 73399
PUYALLUP, WA 98373


JB HUNT TRANSPORT, INC.
PO BOX 98545
CHICAGO, IL 60693


JRD TRANSPORTATION INC
PO BOX 840267
DALLAS, TX 75284


KANWAR FREIGHT LLC
13314 SE 255TH ST
KENT, WA 98042


KEVIN MAY
13811 N. SUNSET DR.
FOUNTAIN HILLS, AZ 85268


KGN TRANSPORT LLC
720 SENECA ST, STE 107
#1117
SEATTLE, WA 98101


KNIGHT TRANSPORTATION INC.
PO BOX 29897
PHOENIX, AZ 85038


KOHLI EXPRESS LLC
32115 105TH PL SE #M301
AUBURN, WA 98092

KULWAY TRANSPORT LLC
PO BOX 840267
DALLAS, TX 75284-0267


LAVI & EBRAHIMIAN
8889 W OLYMPIC BLVD #200
BEVERLY HILLS, CA 90211


LEAF
PO BOX 5066
HARTFORD, CT 06102-5066


LEAVITT MACHINERY USA INC.
PO BOX 24782
SEATTLE, WA 98124


LEWIS BRISBOIS BISGAARD & SMIT
633 W 5TH ST, STE 4000
LOS ANGELES, CA 90071


LIVELY INC.
77 GEARY ST, 5TH FLOOR
SAN FRANCISCO, CA 94108


LOS ANGELES COUNTY TAX COLLECT
PO BOX 54027
LOS ANGELES, CA 90054-0027


LUMEN
BUSINESS SERVICES
PO BOX 52187
PHOENIX, AZ 85072-2187


MACHINERY SERVICES
17618 SE 301ST
KENT, WA 98042


MARIA MICHEL
C/O ABRAMSON LABOR GROUP
1700 W BURBANK BLVD
BURBANK, CA 91506

MARTEN TRANSPORT SERVICES LTD
SDS 12-1733
PO BOX 86
MINNEAPOLIS, MN 55486-1733


MAXMOVE INC
430 PALM DR, APT 1
GLENDALE, CA 91202-3213


MCKINNEY TRAILER RENTALS
PO BOX 515574
LOS ANGELES, CA 90051-5874


MTS TRUCKING SERVICES LLC
5 W 37TH ST, STE 300
NEW YORK, NY 10018


NORTHWEST HANDLING SYSTEMS INC
PO BOX 749861
LOS ANGELES, CA 90074-9861


NORTHWEST PREMIER DELIVERY LLC
6421 S 216TH ST
KENT, WA 98032


NTS
PO BOX 1226
KENT, WA 98035


OVERLAND TRANSPORT INC
518 N SUGAR ST
NAMPA, ID 83657


OW LOGISTICS USA, LLC
2300 LAKEVIEW PKWY, STE 700
ALPHARETTA, GA 30009


PACIFIC OFFICE AUTOMATION
14747 NW GREENBRIER PKWY
BEAVERTON, OR 97006


PACIFIC OFFICE LEASE
PO BOX 825736
PHILADELPHIA, PA 19182-5736

PERSONALIZED STAFFING SOLUTION
15134 PARAMOUNT BLVD
PARAMOUNT, CA 90723


PHMG
NORTH AMERICAN HEADQUARTERS
401 N MICHIGAN AVE, STE 2250
CHICAGO, IL 60611


PHMG
NORTH AMERICAN HEADQUARTERS
401 N MICHIGAN AVE
CHICAGO, IL 60611


POWER FLEET
123 TICE BLVD, STE 101
WOODCLIFF LAKE, NJ 07677


PUGET SOUND DOOR & GATE INC
22011 SE 269TH PL
MAPLE VALLEY, WA 98038


PUGET SOUND ENERGY
BOT-01H
POB 91269
BELLEVUE, WA 98009-9269


RAYMOND HANDLING CONCEPTS CORP
PO BOX 7678
SAN FRANCISCO, CA 94120-7678


RAYMOND HANDLING SOLUTIONS
9939 NORWALK BLVD
SANTA FE SPRINGS, CA 90670


RAYMOND LEASING CORPORATION
PO BOX 301590
DALLAS, TX 75303-1590


RAZR LOGISTICS LLC
7009 S JORDAN RD
CENTENNIAL, CO 80112

ROADRUNNER
PO BOX 74857
CHICAGO, IL 60694


SAMPSON LLC
TODD SAMPSON
26227 116TH AVE SE
KENT, WA 98030


SEAMOUNT TRANSPORT
2302 B STREET NW #101
AUBURN, WA 98001


SMITH FIRE SYSTEMS MANAGEMENT
1106 54TH AVE E
TACOMA, WA 98424


SMITH TRUCKING
1451 JOOSTEN RD
WORTHINGTON, MN 56187


SNA TRANSPORTATION INC
PO BOX 961029
FORT WORTH, TX 76161-1029


SNIDER PETROLEUM
PO BOX 368
SUMNER, WA 98390


SPEEDY TRANSPORTATION LLC
5110 S 300TH PL
AUBURN, WA 98001


SPRAGUE
PO BOX 35129
SEATTLE, WA 98124-5129


SSWIT56 LOGISTICS
20933 39TH WAY S
APT E401
SEATTLE, WA 98198


STI TRANSFER INC
21814 76TH AVE S
KENT, WA 98032

SUNRISE EXPRESS INC
PO BOX 1282
GRAND ISLAND, NE 68802


SUPRA NATIONAL EXPRESS INC
PO BOX 541028
LOS ANGELES, CA 90054-1028


SWIFT TRANSPORTATION
PO BOX 643985
PITTSBURGH, PA 15264


T BROS TRUCKING
PO BOX 89405
SIOUX FALLS, SD 57109


THE DB7 COMPANY LLC
105 CUPPED OAK DR, STE 100
MATTHEWS, NC 28104


TINA M JACQUEZ, ESQ
SOLTMAN & WATTLES LLP
90 E THOUSAND OAKS BLVD
SUITE 300
THOUSAND OAKS, CA 91360


TORPEDO EXPEDITED INC
PO BOX 4896
BUFFALO GROVE, IL 60089


U.S. TRAFFIC SERVICE
#195
23905 CLINTON KEITH RD
SUITE 114
WILDOMAR, CA 92595


ULINE
PO BOX 88741
CHICAGO, IL 60680-1741


UNIFIRST CORPORATION
PO BOX 650481
DALLAS, TX 75265-0481

UNITED CONCRETE
420 W LAMBERT RD, STE H
BREA, CA 92821


UPS
PO BOX 809488
CHICAGO, IL 60680-9488


US BANK EQUIP FINANCE
PO BOX 790448
SAINT LOUIS, MO 63179-0448


USI INSURANCE SERVICES NW
PO BOX 62949
VIRGINIA BEACH, VA 23466


USPP VALLEY CENTRE CORPORATE
PO BOX 734754
PROPERTY: 017411
CHICAGO, IL 60673-4754


VERITIV LANDSBERG
PO BOX 101144
PASADENA, CA 91189-1144


VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108


WASHINGTON FEDERAL
9929 EVERGREEN WAY
EVERETT, WA 98204-3831


WASHINGTON FEDERAL
6720 N SCOTTSDALE RD #111
SCOTTSDALE, AZ 85253


WASTE MANAGEMENT
RST DISPOSAL
PO BOX 541065
LOS ANGELES, CA 90054

```
WESTBURY BANK
N16 W23250 STONE RIDGE DRIVE
STE 5
WAUKESHA, WI 53188


WESTERN TRUCK CENTER PETERBILT
PO BOX 35144
#1022
SEATTLE, WA 98124-5144


WORLD FUEL SERVICES
C/O WORLD KINECT CORP
9800 NW 41ST ST, STE 400
MIAMI, FL 33178


WYNNWAY INC
1626 ORANGE TREE LN
LA CANADA FLINTRIDGE, CA 91011
```

# United States Bankruptcy Court
## Western District of Washington

In re __May International, Inc.__

_____ Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __May International, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__September 18, 2025__

Date

/s/ Steven M. Palmer

**Steven M. Palmer 48823**

Signature of Attorney or Litigant

Counsel for   **May International, Inc.**

**Cairncross & Hempelmann, P.S.**

**524 Second Avenue**
**Suite 500**
**Seattle, WA 98104**
**206-587-0700 Fax:206-587-2308**
**spalmer@cairncross.com**